Charlie ALBRITTON v. STATE.

No. 15235.

Court of Criminal Appeals of Texas.
March 30, 1932.

Harvey Shead and Fred Erisman, both of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, J.

Conviction for robbery; punishment, fifteen years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.